IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEFFREY S. MANTEY, | ) Civil Action No. 3:13-cv-00203 |
| Plaintiff, | ) |
| | ) Judge Rice |
| vs. | ) Magistrate Judge Ovington |
| CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL<br>SECURITY, | ) |
| Defendant. | ) |

**ORDER**

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

On remand, the ALJ will give further consideration to Plaintiff's residual functional capacity during the period at issue and provide a rationale with specific references to the record evidence in support of the limitations assessed; provide a rationale for the weight assigned to all medical source opinions, including, but not limited to, the medical source opinions of Drs. Zwissler, Fronista, and Arnold and the opinion of Mr. Schwab; and, if necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations.

Entered: _____

Date: 2-6-14